**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION**

| | |
|---|---|
| ALYSSA STRICKLING; and CASSANDRA SOWERS, | |
| Plaintiffs, | CIVIL ACTION NO.: 4:21-cv-139 |
| v. | |
| JOSUE D. QUILES; HORIZON SOUTH INC.; HORIZON FREIGHT SYSTEM INC.; and OLD REPUBLIC INSURANCE CO., | |
| Defendants. | |

**O R D E R**

Before the Court is a "Stipulation of Dismissal," signed and filed by counsel for Plaintiffs and counsel for Defendants, in which the parties advise that they stipulate to the dismissal with prejudice of this action, including all claims that were or could have been raised herein.  (Doc. 62.) Accordingly, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this action has been **DISMISSED WITH PREJUDICE**.  The Clerk of Court is hereby authorized and directed to **CLOSE** this case.

**SO ORDERED**, this 1st day of June, 2023.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA